%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Feng Duan LIN, Ri Bin LIU, Cheng Yin LIU, Lin Fan LIU

V.

Michael Chertoff et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 6391

TO: (Name and address of Defendant)

Michael Chertoff
Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                                          JUL 1 0 2008
CLERK                                                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/16/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| David Cheuk | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by U.S. Certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/16/08
          *Date*

*Signature of Server*

401 Broadway, Suite 701
New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Feng Duan LIN, Ri Bin LIU, Cheng Yin LIU, Lin Fan LIU

V.

Michael Chertoff et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CIV 6391**

TO: (Name and address of Defendant)

Jonathan Scharfen
Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 16 2008

CLERK                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/16/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by U.S. Certified mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   7/16/08
              Date

*Signature of Server*

401 Broadway, Suite 701
New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Southern                   District of                    New York

Feng Duan LIN, Ri Bin LIU, Cheng Yin LIU, Lin Fan LIU

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff et al.

CASE NUMBER:

08 CIV 6391

TO: (Name and address of Defendant)

Andrea Quarantillo
Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JUL 16 2008

CLERK                                                        DATE

(By) DEPUTY CLERK

⊕AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/16/08 |
| NAME OF SERVER *(PRINT)* David Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by U.S. Certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
                   *Date*                               *Signature of Server*

401 Broadway, Suite 701
New York, NY 10013
         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE LYNCH

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Feng Duan LIN, Ri Bin LIU, Cheng Yin LIU, Lin Fan LIU

V.

Michael Chertoff et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 6391

TO: (Name and address of Defendant)

Condoleezza Rice
Secretary of Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2008

**J. MICHAEL McMAHON**

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/16/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by U.S. Certified mail.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
　　　　　　　　Date　　　　　　　Signature of Server

401 Broadway, Suite 701
New York, NY 10013
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Feng Duan LIN, Ri Bin LIU, Cheng Yin LIU, Lin Fan LIU

V.

Michael Chertoff et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CV 6391

TO: (Name and address of Defendant)

Henrietta Fore
Under Secretary for Management for the Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _[signature]_                          DATE  JUL 16 2008

(By) DEPUTY CLERK

∆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/16/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by U.S. Certified mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
              Date

*Signature of Server*

401 Broadway, Suite 701
New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

____Southern____ District of ____New York____

Feng Duan LIN, Ri Bin LIU, Cheng Yin LIU, Lin Fan LIU

**SUMMONS IN A CIVIL ACTION**

V.

Michael Chertoff et al.

CASE NUMBER:

**U8 CIV 6391**

TO: (Name and address of Defendant)

Robert Goldberg
Consul General, U.S. Consulate at Guangzhou
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JUL 16 2008

J. MICHAEL McMAHON

CLERK                                                              DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 7/16/08 |
| NAME OF SERVER (PRINT) David Cheuk | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by U.S. Certified mail.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/16/08
            Date          Signature of Server

401 Broadway, Suite 701
New York, NY 10013
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

On July 16, 2008, I, __David Cheuk__, being over 18 years of age and not a party to the action, placed a true copy of the following documents:

- Summons and Complaint

in a secure envelope and mailed the same in a receptacle of the United States Postal Service to the following address by CERTIFIED MAIL:

U.S. Attorney's Office    7008 1140 0001 5511 2141
Southern District of New York
Southern District
86 Chambers Street
New York, NY

Michael Chertoff    7008 1140 0001 5511 2110
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Condoleezza Rice    7008 1140 0001 5511 2127
Secretary of Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

Henrietta Fore    7008 1140 0001 5511 2134
Under Secretary for Management for the Department of State
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

Robert Goldberg    7008 1140 0001 5511 2097
Consul General, U.S. Consulate at Guangzhou
The Executive Office, Office of the Legal Adviser
United States Department of State
2201 C Street, NW., Room 5519
Washington, DC 20520–6310

Jonathan Scharfen, DHS    7008 1140 0001 5511 2103
Office of the General Counsel
U.S. Department of Homeland Security

Washington, DC 20528

Andrea Quarantillo, DHS,            7008 1140 0001 5511 2158
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 16, 2008, at New York, New York.

David Cheuk