UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FENG DUAN LIN, et al.,

        Plaintiffs,

   v.

MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,

        Defendants.
------------------------------------------------------------ x

**ECF CASE**

08 Civ. 6391 (GEL)

NOTICE OF APPEARANCE

TO:   Clerk of Court
       United States District Court
       Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        August 4, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By:  /s/ _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2728
Facsimile: (212) 637-2786
Email: james.loprest@usdoj.gov

TO:   Theodore N. Cox
       401 Broadway, Suite 701
       New York, NY 10013